AO 455 (Rev. 5/85)   Waiver of Indictment

FILED
MAY 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

___for the___ DISTRICT OF ___Columbia___

UNITED STATES OF AMERICA
V.

Violeta Del Orbe
Mercedes

WAIVER OF INDICTMENT

CASE NUMBER: 08-77 (RJL)
Mag. Kaye

I, ___Violeta Del Orbe Mercedes___, the above named defendant, who is accused of

18 USC 1028(a)(1)(b)(1)(A)(ii) — being dismissed
22 DC Code 1/3221(b), 3221(b)(2) misd.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___14 May 2008___ prosecution by indictment and consent that the
                                    Date
proceeding may be by information rather than by indictment.

___Violeta Del Orbe Mercedes___
Defendant

___H. H. Shawn___
Counsel for Defendant

Before ___[signature]___
         Judicial Officer