UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-77 (RJL) |
| | : | |
| v. | : | FILED |
| | : | MAY 1 4 2008 |
| VIOLETA DEL ORBE MERCEDES, | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |
| Defendant. | : | |

### STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, defendant **VIOLETA DEL ORBE MERCEDES ("MERCEDES")** and the United States agree and stipulate as follows:

1. Foreign nationals are eligible to obtain District of Columbia driver's licenses if they have proof that they are legally present in the U.S. and can continue to stay in the U.S. for at least another six months. A foreign national must also present proof of his name, date of birth, social security number, and District of Columbia residency. The District of Columbia Department of Motor Vehicles ("DMV") has specifically limited the types of documentation it will accept. For example, original birth certificates, unexpired passports or resident alien cards can prove an individual's identity (i.e., name and date of birth). In addition to tendering the required documentation, a foreign national must complete and sign a driver's license application, certifying that the information contained therein is correct and accurate. The DMV employee processing the application is required to identify on the application the type of documentation that was presented by the applicant.

2. Applicants for driver's licenses must pass the following three tests: vision screening, knowledge and street sign recognition and skills road. Applicants who possess a valid driver's

license from another state, however, are only required to pass the vision screening test. Applicants who possess a valid driver's license from a foreign jurisdiction need not take the road test, but must successfully pass the eye screening and knowledge and street sign recognition tests.

3.  On or about October 22, 2007, and November 8, 2007, defendant **MERCEDES** attempted, but failed to obtain a valid driver's license from Maryland, the State where she resides, because she failed the knowledge test administered by the Maryland Motor Vehicle Administration at the Beltsville, Maryland branch. On November 8, 2007, after failing the knowledge test a second time, defendant **MERCEDES** became visibly distraught. Another woman, who had similarly claimed she failed the knowledge test on that day, told defendant **MERCEDES** in Spanish that she knew of a woman who could help her get a D.C. driver's license. While standing in the parking lot, outside the Maryland Motor Vehicle Administration's Beltsville branch, this woman used her cellular telephone to call her contact on defendant **MERCEDES**'s behalf. When she completed the call, the unidentified woman told defendant **MERCEDES** to meet a fat woman named "Gloria" at the Georgetown Mall, on November 19, 2007, at approximately 11:00 a.m.

4.  On or about November 19, 2007, defendant **MERCEDES** went to the food court in the Georgetown Park Mall, in the District of Columbia, with the intention of purchasing a fraudulent D.C. driver's permit, an item of value that authorizes an individual to drive and serves as a photographic identification card. When she saw a heavyset woman, defendant **MERCEDES** approached her and asked if her name was Gloria. In defendant **MERCEDES**'s presence, Gloria used her cellular telephone to communicate with a Georgetown DMV employee. Gloria informed defendant **MERCEDES** that the DMV employee was working at window

three, but was currently on her lunch break.  A short while later, the DMV employee telephoned Gloria and informed her that she was back from lunch.  Gloria's 15 year-old-daughter escorted defendant **MERCEDES** to the DMV offices and told her to go to window three.  Defendant **MERCEDES** gave the DMV employee at window three her Maryland identification card, employment authorization document and a piece of paper on which was written a friend's address in the District of Columbia.  She did not complete any applications or take any tests, including the vision, knowledge or road skills examinations.  After defendant **MERCEDES** gave the DMV employee at window three a personal check for $39.00, defendant **MERCEDES** went to another window where she had her photograph taken.

5.  Once she obtained the facially valid D.C. driver's license, defendant **MERCEDES** returned to the food court of the Georgetown Mall, where she handed Gloria ten $100 bills.

*Violeta Del Orbe Mercedes*
**VIOLETA DEL ORBE MERCEDES**, Defendant