U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

FILED
MAY 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA         :

V.                               :         Case No.  08-77 (RJL)

VIOLETA DEL ORBE MERCEDES        :

                                 :

                                 :

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the ___14th___ day of ___May 2008_____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _A date convenient to both parties_ by ___FBI S/A Sean Ryan and Al Tenuta___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ___Federal Bureau of Investigation___ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of ___FBI S/A Sean Ryan and Al Tenuta___ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate) Alan Kay

DEFENSE COUNSEL

DOJ USA-16-80